UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERNATIONAL CENTER FOR TECHNOLOGY ASSESSMENT**, *et al.*,<br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>**MIKE JOHANNS**, Secretary, United States Department of Agriculture, *et al.*,<br>　　　　Defendants,<br><br>and<br><br>**THE SCOTTS COMPANY**,<br>　　　　Defendant-Intervenor. | Civil Action 03-00020  (HHK) |

**ORDER**

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum docketed this same day, it is this 5th day February, 2007, hereby

　　　　**ORDERED and ADJUDGED** that judgment is entered in favor of plaintiffs and against defendants as to Counts I and III;  and it is further

　　　　**ORDERED and ADJUDGED** that judgment is entered in  favor of defendants and against plaintiffs as to Count II; and it is further

　　　　**ORDERED** that the claims of Heather Burns, Faith Campbell, and Claire Watkins are **DISMISSED**; and it is further

　　　　**ORDERED** that defendants' denial of plaintiffs' noxious weed petition is **VACATED** and **REMANDED**; and it is further

　　　　**ORDERED** that defendants are permanently **ENJOINED** from processing any acknowledgment or permit pursuant to § 340.3 and § 340.4 of Title 7 of the Code of Federal

Regulations, without inquiring, in a manner consistent with the memorandum opinion issued this same day, whether the exception articulated in § 372.5(d) of that same title applies to the acknowledgment or permit to an extent that categorical exclusion is not warranted, and that an environmental assessment should be prepared.

    The court retains jurisdiction of this action to ensure compliance with this order.

                                            Henry H. Kennedy, Jr.
                                            United States District Judge